No. 2129, Misc.  BROWN v. GEORGIA.  Sup. Ct. Ga. Certiorari denied.

No. 2131, Misc.  MANUEL-BACA v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 2141, Misc.  WOOTEN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 2146, Misc.  COHEN v. WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 2157, Misc.  BRIONES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 2163, Misc.  HYNES, AKA BURNS v. UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 2175, Misc.  NELSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 212, Misc.  GILLIAM v. RESOR, SECRETARY OF THE ARMY.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant the petition, vacate the judgment, and remand the case for reconsideration in light of *Welsh v. United States,* 398 U. S. 333 (1970).

No. 908, Misc.  MORGAN v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.  MR. JUSTICE MARSHALL would grant certiorari and reverse the judgment below for the reasons stated in his separate opinion in *Williams* v. *Florida, ante,* p. 116.